UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLOIRDA

CASE NO.:

SMALL BUSINESS ADMINISTRATION,
An Agency of the Government of the
United States of America,

    Plaintiff,

vs.

IDEA MEDIA,INC. (F/K/A
ARTCO STUDIO, INC.), and
HOWARD FALLEN,

    Defendants.
_____/

## COMPLAINT

PLAINTIFF, SMALL BUSINESS ADMINISTRATION, by and through its undersigned counsel, sues Defendants, IDEA MEDIA,INC.( F/K/A ARTCO STUDIO, INC.), and HOWARD FALLEN alleges as follows:

### JURISDICTION

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. 3001

### VENUE

2. The Defendant Idea Media, Inc. (F/K/A Artco Studio, Inc.) is a For-Profit Florida Corporation doing business in Palm Beach County, Florida within the jurisdiction of this Court.

3. The Defendant Howard Fallen is an individual residing in Palm Beach County, Florida within the jurisdiction of this court.

### FAIR DEBT COLLECTION ACT NOTICE

4. This firm has complied with the Fair Debt Collections Practices Act, 15 U.S.C. & 1692, et seq, as amended. The Notice previously mailed by the firm to the Defendants is attached here to as Exhibit "A"

## COUNT 1 - SUIT ON A PROMISSORY NOTE

5. On or about March 19, 2010, Defendant Idea Media, Inc. (F/K/A Artco Studio, Inc.) executed an SBA "Express" Loan Agreement and a promissory note (hereinafter "Note") for the principal amount of $15,000.00. A true and correct copy of the Note and of the SBA Express Business Loan Application is attached hereto as Exhibit"B"

6. Defendant is in default of the Note, and the outstanding principal balance due under the Note is $15,000.00.

7. The debt owed to the Plaintiff is as Follows:

| | |
|---|---|
| Current principal (after application of all prior payments, credits, and offsets) | $14,348.56 |
| Civil Administrative Costs | $4,585.62 |
| **Total Owed** | **$18,934.18** |

8. The Certificate of Indebtedness, attached as Exhibit "C" shows the total owed excluding attorney's fees, interest and CIF charges. The Principal balance and the civil administration costs balance shown on the respective Certificate of indebtedness, is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits and offsets.

## COUNT II - BREACH OF CONTINUING AND UNCONDITIONAL GUARANTY

9. On or about March 19, 2010 Defendant, Howard Fallen, personally executed the Note which contained a continuing and unconditional guaranty (hereinafter "Guaranty") as consideration for the loan. A true and correct copy of the Guaranty is attached hereto as Exhibit "B"

10. Based on the Guaranty made by Defendant Howard Fallen, Plaintiff made a loan to Defendant Idea Media, Inc. (F/K/A Artco Studio, Inc.)

11. Defendant Idea Media, Inc. (F/K/A Artco Studio, Inc.)   failed to pay the Note.

12. Demand was made for payment on the Guaranty. See Exhibit "A"

13. Defendant Howard Fallen   breach the Guaranty by failing to pay the moneys owed upon demand.

14. Plaintiff has been damaged.

## FAILURE TO PAY

15. Demand has been made upon the defendants for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, Plaintiff, Small Business Administration, an agency of the Government of the United States of America prays for judgment against all Defendants jointly and severally:

A. For the sum set forth in paragraph 7 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. 1961 that interest on the judgment is at the legal rate until paid in full:

B. For Attorneys' fees to the extent allowed by law: and,

C. For Such other relief which the Court deems proper.

DATED this 4th day of February, 2013

Respectfully submitted,

By: /s/ Luis F. Navarro
Luis F. Navarro (FBN 629359)
Email: lounavarro@nhlawpl.com
Luis F. Navarro P.A.
P.O. Box 34-7530
Coral Gables, Florida 33134
Telephone: (305) 424-2625
Facsimile: (305) 424-7803
*Attorneys for Plaintiff*