# LUIS F. NAVARRO, P.A. — *Attorneys at Law* —

**PRIVATE COUNSEL - U.S. DEPARTMENT OF JUSTICE**

Southern District of Florida

Mailing Address: P.O. Box 34-7530 • Coral Gables, FL 33234

Tel: 305.424.2625    Fax: 305-424-7803

November 8, 2012

Howad Fallen
645 Lake Wellington Drive
Wellington, FL  33414

Re:   United States of America v. Howad Fallen
      Claim No. 2013A03349

Dear Howad Fallen:

This office represents the United States Department of Justice for collection of a claim from the Department Of The Treasury. The claim states that you owe the Department Of The Treasury *$18,934.18* as of November 8, 2012, including principal, late/administrative charge/penalties and interest as of November 8, 2012.

If you do not dispute this debt and wish to resolve this matter, forward your cashier's Check or money order for the total amount due to the U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363. Your claim number 2013A03349, should be written in the lower left corner of your payment.

Federal law gives you thirty (30) days after you receive this letter to dispute the validity of the debt or any portion thereof. If you do not dispute the validity of the debt, or any portion thereof, within the thirty day period, this office will assume it is valid. If you notify this office in writing within the thirty day period that the debt, or any portion thereof, is disputed, this office will, as required by law, obtain verification of the debt or a copy of a judgment against you and mail a copy of such verification or judgment to you. If, within the same thirty day period, you request, in writing, the name and address of your original creditor, we will also provide that information to you, if the original creditor is different from the Department Of The Treasury.

The law does not require this office to wait until the end of the thirty day period before taking further action to collect this debt. However, if you notify this office in writing within the thirty day period that the debt, or any portion thereof, is disputed, or request the name and address of the original creditor, the law requires us to suspend our efforts (through litigation or otherwise) to collect the debt, or any disputed portion thereof, until we obtain verification of the debt or a copy of a judgment, or the name and address of the original creditor, and mail a copy of such verification or judgment, or name and address of the original creditor, to you. Any questions that you may have concerning this matter should be directed to our office.

Sincerely,

Luis F. Navarro, Esq.

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

CORAL GABLES • FORT LAUDERDALE • WEST PALM BEACH • NAPLES • TAMPA

# LUIS F. NAVARRO, P.A. — *Attorneys at Law* —

**PRIVATE COUNSEL - U.S. DEPARTMENT OF JUSTICE**

Southern District of Florida

Mailing Address: P.O. Box 34-7530 • Coral Gables, FL 33234

Tel: 305.424.2625　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 305-424-7803

November 8, 2012

Idea Media, Inc. (F.K.A. Artco Studio, Inc.)
645 Lake Wellington Drive
Wellington, FL 33414

Re: United States of America v. Idea Media, Inc. (F.K.A. Artco Studio, Inc.)
Claim No. 2013A03349

Dear Idea Media, Inc. (F.K.A. Artco Studio, Inc.):

This office represents the United States Department of Justice for collection of a claim from the Department Of The Treasury. The claim states that you owe the Department Of The Treasury *$18,934.18* as of November 8, 2012, including principal, late/administrative charge/penalties and interest as of November 8, 2012.

If you do not dispute this debt and wish to resolve this matter, forward your cashier's Check or money order for the total amount due to the U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363. Your claim number 2013A03349, should be written in the lower left corner of your payment.

Federal law gives you thirty (30) days after you receive this letter to dispute the validity of the debt or any portion thereof. If you do not dispute the validity of the debt, or any portion thereof, within the thirty day period, this office will assume it is valid. If you notify this office in writing within the thirty day period that the debt, or any portion thereof, is disputed, this office will, as required by law, obtain verification of the debt or a copy of a judgment against you and mail a copy of such verification or judgment to you. If, within the same thirty day period, you request, in writing, the name and address of your original creditor, we will also provide that information to you, if the original creditor is different from the Department Of The Treasury.

The law does not require this office to wait until the end of the thirty day period before taking further action to collect this debt. However, if you notify this office in writing within the thirty day period that the debt, or any portion thereof, is disputed, or request the name and address of the original creditor, the law requires us to suspend our efforts (through litigation or otherwise) to collect the debt, or any disputed portion thereof, until we obtain verification of the debt or a copy of a judgment, or the name and address of the original creditor, and mail a copy of such verification or judgment, or name and address of the original creditor, to you. Any questions that you may have concerning this matter should be directed to our office.

Sincerely,

Luis F. Navarro, Esq.

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

CORAL GABLES • FORT LAUDERDALE • WEST PALM BEACH • NAPLES • TAMPA